IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ZOUHAIR HILAL a/k/a DANNY HILAL, § § § Appellant, § § v. § RANDY W. WILLIAMS, CHAPTER 11 § TRUSTEE, § § Appellee. § | CIVIL ACTION NO. H-05-3777 |

## FINAL JUDGMENT

For the reasons stated in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that Order entered on October 24, 2005, granting the Trustee's Amended Application to Employ Porter & Hedges, L.L.P. as Special Litigation Counsel Pursuant to 11 U.S.C. § 328(a) is AFFIRMED.

This is a **FINAL JUDGMENT.**

The Clerk shall notify all parties and provide them with a true copy of this Judgment.

SIGNED in Houston, Texas, this 19th day of September, 2006.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE